IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00138-RPM

LEE E. LINDBLAD and
RUBY H. LINDBLAD as trustees of THE LINDBLAD FAMILY TRUST, dated
February 28, 2002, aka Lee Lindblad Family Trust OTD
aka Lee Lindblad Family Trust DTD 2/28/02,

    Plaintiff,

v.

ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, and
NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

    Defendants.
_____

ORDER FOR REMAND
_____

    On February 25, 2015, the plaintiffs filed a Motion to Permit Joinder and to Remand to State Court [Doc. 19]. The plaintiffs have submitted an amended complaint, adding Roberta Joyce Boldon as a defendant and the amended complaint states a viable claim against that defendant, a Colorado citizen. Because the amended complaint adds a Colorado defendant, there is no longer diversity jurisdiction, the basis for removal in this civil action. It is now

    ORDERED that this civil action is remanded to the District Court, Weld County, State of Colorado.

    DATED: March 9, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge